UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Mesa Underwriters Specialty Insurance Company, | Case No. 0-23-CV-01629 SRN/TNL |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Central Crown LLC, | |
| Defendant. | |

_____

It is hereby stipulated and agreed by the parties, through their undersigned counsel, that the above-captioned matter may be dismissed with prejudice and on the merits, without costs, to either party.

Dated: February 7, 2024.                                  **BROWNSON PLLC**

*/s/ Kristi K. Brownson*
Kristi K. Brownson (#259986)
Timothy L. Garvey (#0399232)
225 South Sixth Street
Suite 4800
Minneapolis, Minnesota 55402
(612) 332-4020
kbrownson@brownsonpllc.com
tgarvey@brownsonpllc.com
***Attorneys for Plaintiff Mesa Underwriters Specialty Insurance Company***

1

*/s/Alexander I. Passo*_____
Alexander I. Passo
Latimer LeVay Fyock LLC
55 West Monroe St., Suite 1100
Chicago, Illinois 60603
Telephone: 312-422-8000
apasso@llflegal.com
***Attorneys for Defendant
Central Crown, LLC***

2