# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

---

Mesa Underwriters Specialty
Insurance Company,

        Plaintiff,

v.

Central Crown LLC,

        Defendant.

Case No. 23-CV-1629 (SRN/TNL)

**ORDER**

---

This matter is before the Court upon the Stipulation of Dismissal jointly filed by Plaintiff Mesa Underwriters Specialty Insurance Company, and by Defendant Central Crown LLC, [Docket No. 18].

Accordingly, **IT IS HEREBY ORDERED** that the above-entitled matter be and the same hereby is, **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, February 9, 2024

        *s/ Susan Richard Nelson*
        Susan Richard Nelson
        United States District Judge