# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Mesa Underwriters Specialty Insurance Company** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 23-cv-1629 SRN/TNL |
| **Central Crown LLC** | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
he above-entitled matter be and the same hereby is, DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

Date: 2/8/2024                                                                                  KATE M. FOGARTY, CLERK